SAXON *et al. v.* FORTSON.

*Judgment affirmed. All the Justices concur.*

No. 15692. FEBRUARY 5, 1947.

*J. T. Sisk,* for plaintiffs. *Raymonde Stapleton,* for defendant.